CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq. SBN 171771
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Abner Reyes**, <br><br> Plaintiff, <br><br> v. <br><br> **Covina Properties LLC**, a California Limited Liability Company; **PEG/Lion, LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | **Case No.** 2:19-CV-04115-PSG-MAA <br><br> **Notice of Change of Address for Plaintiff's Counsel** |

Please be aware that the Center for Disability Access is moving from 9845 Erma Road, Ste 300, San Diego, CA 92131 to 8033 Linda Vista Road, Suite 200, San Diego, CA 92111. Although the move will be done in phases over many months, mail should be sent to the new address. All other information, including phone numbers remain the same.

Dated: August 27, 2019         CENTER FOR DISABILITY ACCESS
                                               /s/ Russell Handy
                               By:_____
                               Russell Handy, Esq.
                               Attorneys for Plaintiff